# Court of Appeals
# of the State of Georgia

ATLANTA,  July 11, 2022

*The Court of Appeals hereby passes the following order:*

**A22D0425. EDUARDO S. CASTILLANOS v. THE STATE.**

Eduardo S. Castillanos was convicted[1] and did not file a timely appeal. Castillanos filed a pro se motion for out-of-time appeal, which the trial court dismissed. Castillanos has filed this application for discretionary review of the trial court's order. We lack jurisdiction.

In *Cook v. State*, 313 Ga. 471, 506 (5) (870 SE2d 758) (2022), the Supreme Court determined that a trial court lacks authority to grant an out-of-time appeal. Castillanos, therefore, "had no right to file a motion for an out-of-time appeal in the trial court; his remedy, if any, lies in habeas corpus." *Rutledge v. State*, 313 Ga. 460, 461 (870 SE2d 720) (2022). Thus, the trial court correctly determined that it did not have jurisdiction to grant Castillanos's motion for out-of-time appeal, and the trial court's order dismissing the motion does not present a cognizable basis for an appeal. See *Henderson v. State*, 303 Ga. 241, 244 (2) (811 SE2d 388) (2018). Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/11/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Castillanos's application materials do not state the nature of his conviction.